IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02605-LTB

TROY LEE GALINDO,

    Plaintiff,

v.

PSYCHIATRIST DR. LAMPELA,
CASEMANAGER MR. BURBANK,
CM III OLSON,
WARDEN TRANE, and
BOARD OF COUNTY COMMISSIONERS OF SUMMIT COUNTY, COLORADO
    (through the Summit County Jail),

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of November, 2012.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ M.J. Garcia
                        Deputy Clerk